UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 19-cr-00231-01 |
| VERSUS | JUDGE FOOTE |
| BOBBY B KIRKENDOLL (01) | MAGISTRATE JUDGE HORNSBY |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto, and considering the Revised Factual Basis filed into the record [Record Document 40],

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Counts 1 and 4 of the Indictment.

THUST DONE AND SIGNED in Shreveport, Louisiana, this 12th day of February, 2020.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE